| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
PRND3L, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  MY SALON Suite of Westborough

**3. Debtor's federal Employer Identification Number (EIN)**  
82-2103974

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12 Westview Ave. Shrewsbury, MA 01545 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Worcester | **Location of principal assets, if different from principal place of business** |
| County | 153 Turnpike Rd. Westborough, MA 01581 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://www.mysalonsuite.com/westborough/

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **PRND3L, Inc.**_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__**5311**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **PRND3L, Inc.**  Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| Debtor | **PRND3L, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  PRND3L, Inc.                                          Case number (if known)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 29, 2025
             MM / DD / YYYY

X  _/s/ Edward B. Boulter_                          Edward B. Boulter
   Signature of authorized representative of debtor  Printed name

Title  President

**18. Signature of attorney**

X  _/s/ Joseph S.U. Bodoff_                         Date  July 29, 2025
   Signature of attorney for debtor                       MM / DD / YYYY

   Joseph S.U. Bodoff
   Printed name

   Rubin and Rudman LLP
   Firm name

   53 State Street
   Boston, MA 02109
   Number, Street, City, State & ZIP Code

   Contact phone  617-330-7000    Email address  jbodoff@rubinrudman.com

   549116 MA
   Bar number and State

## PRND3L, INC.
## CONSENT OF DIRECTORS

The undersigned, being all the Directors of PRND3L, Inc., do hereby consent to the actions by the following resolutions:

RESOLVED: That this Corporation's President, namely Edward Boulter, be and hereby is authorized, empowered and directed, for an on behalf of this Corporation, in its corporate name and under its corporate seal, to execute, acknowledge and verify a Petition under Subchapter V of Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of Massachusetts, and to execute and file such other and further instruments, documents, schedules, affidavits, and such other papers, and to take such other and further action as may be necessary, desirable or appropriate in order to better carry out the intent of the resolution adopted pursuant to this Consent or in connection with the said Chapter 11 proceedings; all such instruments, documents, schedules, affidavits and papers to be executed and delivered in such form and to contain such terms and provisions, and all such actions to be performed in such manner, as said President executing or performing the same shall, by his execution or performance thereof determine; and

RESOLVED: That the firm of Rubin and Rudman LLP of 53 State Street, Boston, Massachusetts be and hereby is retained as counsel to represent the Corporation in all matters relating to the aforementioned petition and to the aforementioned proceedings under Chapter 11.

RESOLVED: That this Corporation's President be and hereby is authorized, empowered and directed, for and on behalf of this Corporation and in its corporate name, to take such action as said President, acting on behalf of this Corporation, deems necessary, desirable or appropriate.

ACKNOWLEDGEMENT AND CONSENT:

BEING ALL OF THE DIRECTORS OF
PRND3L, INC.

_____
Edward Boulter

_____
Amy Boulter

Dated: June 19, 2025

4471402_1

Fill in this information to identify the case:

Debtor name: **PRND3L, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Suite Managment Franchising, LLC<br>2542 Highlander Way<br>Carrollton, TX 75006 | | franchise agreement | Unliquidated | | | $0.00 |

# United States Bankruptcy Court
### District of Massachusetts

In re  **PRND3L, Inc.**

Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 29, 2025**

_____
**Edward B. Boulter/President**
Signer/Title

153 TURNPIKE RD NOMINEE TRUST
44 SPRING ST.
WATERTOWN, MA 02472

ADAM M. BEAUDRY CPA LLC
255 PARK AVE., SUITE 500
WORCESTER, MA 01609

AMY L. BOULTER
12 WESTVIEW AVE.
SHREWSBURY, MA 01545

APPLEPIE CAPITAL, INC.
548 MARKET ST. PMB 54105
SAN FRANCISCO, CA 94104

B. MITCHELL HAIR SALON INC.
153 TURNPIKE RD., SUITE 204
WESTBOROUGH, MA 01581

BEAUTY BY ELISHA
153 TURNPIKE RD., SUITE 301
WESTBOROUGH, MA 01581

BELLE ANTHONY SALON LLC
153 TURNPIKE RD., SUITE 304
WESTBOROUGH, MA 01581

BODY & SOUL VITALITY LLC
153 TURNPIKE RD., SUITE 111
WESTBOROUGH, MA 01581

COTTI-JOHNSON HVAC
30 WAVERLY ST.
TAUNTON, MA 02780

DEB'S COLOR & CO
153 TURNPIKE RD., SUITE 202
WESTBOROUGH, MA 01581

DIANNE HARRIS HAIR ARTISTRY
153 TURNPIKE RD., SUITE 105
WESTBOROUGH, MA 01581

EDWARD B. BOULTER
12 WESTVIEW AVE.
SHREWSBURY, MA 01545

FIRST INTERNET BANK OF INDIANA
1801 E. 116TH ST.
FISHERS, IN 46038

HAIR BY HOLLY D
153 TURNPIKE RD., SUITE 103
WESTBOROUGH, MA 01581

HAIR OASIS BY KATIE
153 TURNPIKE RD., SUITE 401
WESTBOROUGH, MA 01581

HAZEN HAIR STUDIO, LLC
153 TURNPIKE RD., SUITE 106
WESTBOROUGH, MA 01581

J HILL HAIR STUDIO
153 TURNPIKE RD., SUITE 302
WESTBOROUGH, MA 01581

JANE'S HAIR AND BEAUTY
153 TURNPIKE RD., SUITE 201
WESTBOROUGH, MA 01581

JESSICA CHRISTIE
153 TURNPIKE RD., SUITE 102
WESTBOROUGH, MA 01581

KLM ARTISTRY
153 TURNPIKE RD., SUITE 303
WESTBOROUGH, MA 01581

LIOLY HAIR STUDIO
153 TURNPIKE RD., SUITE 107
WESTBOROUGH, MA 01581

MAA LAKSHMI LLC
153 TURNPIKE RD., SUITE 104
WESTBOROUGH, MA 01581

MERAKI
153 TURNPIKE RD., SUITE 101
WESTBOROUGH, MA 01581

NETCH NUNES HAIR DESIGNER
153 TURNPIKE RD., SUITE 402
WESTBOROUGH, MA 01581

SAM D'S BARBERING
153 TURNPIKE RD., SUITE 305
WESTBOROUGH, MA 01581

STYLED BY SADIE
153 TURNPIKE RD., SUITE 203
WESTBOROUGH, MA 01581

SUITE MANAGMENT FRANCHISING, LLC
2542 HIGHLANDER WAY
CARROLLTON, TX 75006

TEASED HAIR STUDIO
153 TURNPIKE RD., SUITE 108
WESTBOROUGH, MA 01581

```
VIVID ALCHEMY
153 TURNPIKE RD., SUITE 109
WESTBOROUGH, MA 01581
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) |
|  | ) |
|  | ) Chapter 11 |
| PRND3L, LLC, | ) Case No. |
|  | ) |
| Debtor | ) |
|  | ) |

## DECLARATION OF ELECTRONIC FILING

PART I – DECLARATION

I, Edward B. Boulter, being the president of the above-named Debtor, hereby declare under penalty of perjury that all of the information contained in Petition and accompanying documents (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: July 29, 2025

_____
Edward B. Boulter, President

PART II – DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiants(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Banker. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: July 29, 2025        /s/ Joseph S.U. Bodoff
                            Joseph S.U. Bodoff

4525560_1